**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

ANDREW DEWEESE                                                    PLAINTIFF

V.                              CASE NO. 4:20-CV-185-JM-BD

RANDY THOMAS                                                     DEFENDANT

## RECOMMENDED DISPOSITION

### I.    Procedure for Filing Objections:

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Mr. DeWeese may file objections with the Clerk of Court if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. DeWeese does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

### II.    Discussion:

Andrew DeWeese, an inmate in the Perry County Detention Center, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) In his complaint, Mr. DeWeese claims that Defendant Randy Thomas used excessive force against him in February of 2020. He sued Defendant Thomas only in his official capacity; but he did not allege that he was injured as a result of any unconstitutional Perry County policy or custom.

Accordingly, on March 31, 2020, the Court gave Mr. DeWeese 30 days to file an amended complaint to clarify whether he intended to sue Defendant Thomas in his individual capacity. (Doc. No. 8) Mr. DeWeese was cautioned that his claims could be dismissed if he did not amend his complaint within the time allowed.

To date, Mr. DeWeese has failed to file an amended complaint, and the time to comply has passed.

## III.    <u>Conclusion:</u>

The Court recommends that Mr. DeWeese's claims be DISMISSED, without prejudice, based on his failure to amend his complaint, as ordered, and his failure to prosecute this lawsuit.

DATED this 24th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE