# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANDREW DEWEESE**                                                                            **PLAINTIFF**

**V.**                                    **CASE NO. 4:20-CV-185-JM-BD**

**RANDY THOMAS**                                                           **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. Mr. DeWeese has not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. DeWeese's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's March 31, 2020 Order and his failure to prosecute this lawsuit.

IT IS SO ORDERED this 14th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE