# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANDREW DEWEESE**                                                               **PLAINTIFF**

**V.**                 **CASE NO. 4:20-CV-185-JM-BD**

**RANDY THOMAS**                                                        **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE